**RECEIVED**

SEP 2 2 2010

TONY R. MOORE, CLERK
BY _____ *KLB*
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 10-CR- 00288 |
| | * | |
| | * | 18 U.S.C. § 922(g)(1) |
| | * | (Possession of Firearm by Convicted Felon) |
| VERSUS | * | 18 U.S.C. § 924(d)(1) |
| | * | (Forfeiture of Firearm and Ammunition) |
| | * | |
| | * | JUDGE: Hoog |
| BRIAN OWENS | * | MAGISTRATE JUDGE HORNSBY |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 20, 2009, in the Western District of Louisiana, the Defendant, BRIAN OWENS, having previously been convicted in a court of a crime, punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, to wit: an Iver Johnson revolver, unknown model, .32 caliber, serial number 38263 and a Rossi revolver, unknown model, .38 caliber, serial number D380859, in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

## FORFEITURE

A. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1). [18 U.S.C. § 924(d)(1)].

B. As a result of the violation in Count One of this Indictment, the defendant, BRIAN OWENS, shall forfeit to the United States the following firearms involved in the aforesaid offense:

(1) One Iver Johnson revolver, unknown model, .32 caliber, serial number 38263; and

(2) One Rossi revolver, unknown model, .38 caliber, serial number D380859.

A TRUE BILL:

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

EARL M. CAMPBELL, Bar ID #25957
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
(318) 676-3600